STATE, *ex rel.* C. CHAVERS and W. D. FOWHAND, co-partners trading under the firm name and style of CHAVERS-FOWHAND FURNITURE COMPANY, v. J. M. LEE, as Comptroller.

166 So. 262.

Opinion Filed November 26, 1935.

Affirmed on Rehearing February 25, 1936.

*H. H. Wells, B. K. Roberts, Stanton Walker, J. Van Wilhite* and *William K. Whitfield* (of Tallahassee), for Relators;

*Cary D. Landis,* Attorney General, *H. E. Carter* and *J. V. Keen,* Assistants, and *Henry C. Tillman,* for Respondent.

PER CURIAM.—This case is disposed of on the authority of the cases of State, *ex rel.* Lane Drug Stores, Inc., v. Simpson, Tax Collector, 122 Fla. 582, 166 So. 227, and State, *ex rel.* Thomas B. Adams, v. Lee, Comptroller, 122 Fla. 639, 166 So. 249. On the authority of the opinions in the cases just cited and on the authority of the case of State v. Seaboard Air Line Ry. Co., 92 Fla. 83, 109 Sou. Rep. 656, the motion for a peremptory writ of mandamus, notwithstanding the answer, is denied and the alternative writ of mandamus quashed and the proceeding dismissed.

Mandamus quashed and dismissed at relators' costs.

WHITFIELD, C. J., and TERRELL, BROWN and DAVIS, J. J., and FRANK A. SMITH, Circuit Judge, concur.

BUFORD, J., dissents.

BUFORD, J. (dissenting).—I dissent from the opinion in this case for the reasons and upon the grounds stated in the opinion prepared by me dissenting in part in the case of State, *ex rel.* Lane Drug Stores, Incorporated, a corporation, v. Clyde H. Simpson, as Tax Collector of Duval County, Florida.